Squire Patton Boggs (US) LLP
G. David Godwin (State Bar # 148272)
david.godwin@squirepb.com
Thomas J. Lloyd (State Bar # 305507)
thomas.lloyd@squirepb.com
Melanie P. Cockrum (State Bar # 323685)
melanie.cockrum@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California  94111
Telephone:  +1 415 954 0200
Facsimile:    +1 415 393 9887

Attorneys for Defendant
VALLEY FORGE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON INTERNATIONAL, a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VALLEY FORGE INSURANCE COMPANY, a Pennsylvania Corporation,<br><br>　　　　　Defendant. | Case No.  2:21-cv-08246<br><br>**NOTICE OF REMOVAL BY DEFENDANT VALLEY FORGE INSURANCE COMPANY**<br><br>[Removal from Superior Court of California, County of Los Angeles, Case No. 21STCV26954]<br><br>Complaint Filed:    July 22, 2021 |

VALLEY FORGE INSURANCE
COMPANY'S NOTICE OF REMOVAL

1  **TO THE CLERK OF THE ABOVE-TITLED COURT, AND TO ALL**
2  **PARTIES AND THEIR COUNSEL OF RECORD:**

3      PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1332, 1441, and
4  1446, defendant Valley Forge Insurance Company ("Valley Forge") hereby
5  removes this Action from the Superior Court of the State of California for the
6  County of Los Angeles, where it is pending as Case No. 21STCV26954, to the
7  United States District Court for the Central District of California.

8      This Court has original subject matter jurisdiction over this action under 28
9  U.S.C. § 1332 because there is complete diversity of citizenship between plaintiff
10  Madison International, Inc. ("Plaintiff") and defendant Valley Forge, and the
11  amount in controversy exceeds $75,000, exclusive of interest and costs.

12  **I.    BACKGROUND**

13      1.    Plaintiff commenced this action on July 22, 2021, in the Superior
14  Court of the State of California for the County of Los Angeles, Case No.
15  21STCV26954, which is within the judicial district to which this case is removed.
16  As required under 28 U.S.C. § 1446(a), true and correct copies of the complaint and
17  all other process, pleadings, and orders served upon Valley Forge in the underlying
18  state court action are attached hereto as <u>Exhibit 1</u>.  See Declaration of David B.
19  Lehman ("Lehman Decl."), ¶ 4.

20      2.    Plaintiff allege that a commercial property insurance policies issued by
21  Valley Forge provides coverage for Plaintiff's alleged loss of business income
22  resulting from the COVID-19 pandemic and related governmental orders.  Ex. 1
23  [Compl.] ¶¶ 39-41, 45-46, 52-58.

24      3.    The Complaint alleges that "[d]ue to the closure orders, as well as the
25  presence of COVID-19, Plaintiff has suffered and continues to suffer substantial
26  lost business income and other financial losses totaling millions of dollars" *Id.* at ¶
27  39.

28

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

VALLEY FORGE INSURANCE
COMPANY'S NOTICE OF REMOVAL

4.     The Complaint asserts causes of action against Valley Forge for breach of contract, breach of the implied covenant of good faith and fair dealing, "bad faith denial of insurance claim," unfair business practices under California Business & Professions Code § 17200, unjust enrichment, declaratory relief, negligence, and negligent misrepresentation. *Id*. at ¶¶ 59-123.

## II.     THIS NOTICE IS TIMELY FILED UNDER 20 U.S.C. § 1446(b)

5.     Valley Forge's agents for service of process were served with the Summons and Complaint on September 20, 2021. *See* Lehman Decl., ¶4; Ex. 1.[1] Accordingly, this Notice is timely filed under 28 U.S.C. § 1446(b), because it is filed within 30 days of the date of service.

6.     Upon filing the Notice of Removal, Valley Forge will furnish written notice to counsel for Plaintiff, and will file and serve a copy of this Notice with the Clerk of the Superior Court of the State of California for the County of Los Angeles, pursuant to 28 U.S.C. § 1446(d).

## III.    THE COURT HAS SUBJECT MATTER JURISDICTION UNDER 28 U.S.C. § 1332

7.     This Court has subject matter jurisdiction over this case under 28 U.S.C. § 1332. There is complete diversity of citizenship between Plaintiff and Valley Forge, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### A.     There Is Complete Diversity of Citizenship

8.     Plaintiff is a citizen of California for purposes of diversity jurisdiction because it is incorporated in California and has its principal place of business in Los

---

[1] Plaintiff filed a proof of service in the state court action reflecting personal service on Valley Forge's registered agent on September 16, 2021. Declaration of Thomas J. Lloyd ("Lloyd Decl."), Ex. 2. However, the service report from Valley Forge's registered agent, CT Corporation System, reflects that it was not served until September 20, 2021. *See* Ex. 1. Regardless, even if CT Corporation System was served on September 16, 2021, this Notice of Removal is timely filed.

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

VALLEY FORGE INSURANCE
COMPANY'S NOTICE OF REMOVAL

1  Angeles County, California.  Ex. 1 [Compl.] ¶4; *see also* 28 U.S.C. § 1332 (c)(1);

2  *Hertz Corp. v. Friend*, 559 U.S. 77, 78 (2010).

3      9.    Valley Forge is a citizen of Pennsylvania and Illinois for purposes of

4  diversity jurisdiction, because it is incorporated in Pennsylvania and its principal

5  place of business is located in Chicago, Illinois.  Ex. 1 [Compl.] ¶5; *see also*

6  Lehman Decl., ¶ 3; *see also* 28 U.S.C. § 1332 (c)(1); *Hertz,* 559 U.S. at 78.

7      10.   Because Plaintiff is a citizen of California, and Valley Forge is a

8  citizen of Pennsylvania and Illinois, complete diversity exists between the parties.

9      11.   The Complaint also names as defendants "DOES 1-50, inclusive,"

10  which are defendants sued under fictitious names whose citizenships are to be

11  disregarded, pursuant to 28 U.S.C. § 1441(a).

12  **B.    The Amount in Controversy Exceeds $75,000**

13      12.   Under 28 U.S.C. § 1332(a), diversity jurisdiction requires that the

14  matter in controversy "exceed[] the sum or value of $75,000, exclusive of interest

15  and costs."

16      13.   This requirement is met here, as the Complaint alleges that Plaintiff

17  "has suffered and continues to suffer substantial lost business income and other

18  financial losses *totaling millions of dollars*."  Ex. 1 [Compl.] ¶39 (emphasis added).

19  The Complaint also seeks punitive damages against Valley Forge, as well as

20  Plaintiffs' attorneys' fees.  Ex. 1 [Compl.], at Prayer.

21      14.   Therefore, while Valley Forge does not concede that Plaintiff is

22  entitled to any damages or relief based upon the allegations in its Complaint, the

23  Complaint alleges an amount in controversy exceeding the jurisdictional minimum

24  under 28 U.S.C. § 1332(a).

25  **IV.   THE COURT IS A PROPER VENUE**

26      15.   This action was originally filed in the Superior Court of the State of

27  California for the County of Los Angeles, which sits in the federal judicial district

28

VALLEY FORGE INSURANCE
COMPANY'S NOTICE OF REMOVAL

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

that this Court embraces, making this Court a proper venue for this action.  28 U.S.C. § 84(d); *see also* 28 U.S.C. § 1441(a).

## V.    NOTICE TO ALL PARTIES AND THE STATE COURT

16.    Concurrent with the filing of this Notice, Valley Forge gave written notice of this Notice of Removal to Plaintiff's counsel of record, and will file a copy of this Notice of Removal with the Clerk of the Superior Court of California, County of Los Angeles.  28 U.S.C. § 1446(a), (d).

## VI.    CONCLUSION

17.    For the foregoing reasons, Valley Forge respectfully states that this action, previously pending in the Superior Court of the State of California for the County of Los Angeles is properly removed to this Court.


Dated:  October 18, 2021                    Squire Patton Boggs (US) LLP


By:_____
                G. David Godwin
Attorneys for Defendant
VALLEY FORGE INSURANCE
COMPANY

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111