**FILED**

**JUL 3 2024**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MADISON INTERNATIONAL, a California Corporation, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> VALLEY FORGE INSURANCE COMPANY, a Pennsylvania Corporation; DOES, 1 through 50, inclusive, <br><br> Defendants-Appellees. | No. 22-55162 <br><br> D.C. No. 2:21-cv-08246-GW-KK <br> Central District of California, Los Angeles <br><br> ORDER |

Appellant's motion (Dkt. Entry No. 40) to voluntarily dismiss its appeal in this matter under Federal Rule of Appellate Procedure 42(b) is GRANTED. Pursuant to the motion, filed June 28, 2024, this appeal is DISMISSED with prejudice, and each party shall bear its own costs and fees.

A copy of this order served on the district court shall constitute the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT